THE HONORABLE KAREN L. STROMBOM

Dennis G. Woods, WSBA No. 28713
 dwoods@scheerlaw.com
Gregory P. Thatcher, WSBA No. 40902
 gthatcher@scheerlaw.com
SCHEER & ZEHNDER LLP
701 Pike Street, Suite 2200
Seattle, WA 98101
206.262.1200
Attorneys for The Home Depot USA, Inc.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAMMY WALKER,<br><br>                              Plaintiff,<br><br>   v.<br><br>THE HOME DEPOT USA, INC., a foreign corporation,<br><br>                             Defendant. | NO. 3:11-CV-05348<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

## I. **STIPULATION**

The parties stipulate and agree that all claims by plaintiff Tammy Walker against defendant Home Depot USA, Inc., have been resolved and defendant may be dismissed from this case with prejudice and without costs.

Stipulation approved as to form and substance by:


_____     _____
Dennis W. Lane, WSBA No. 6208                Dennis G. Woods, WSBA No. 28713
Attorney for Plaintiff                                     Gregory P. Thatcher, WSBA No. 40902
Dated:_____      Attorneys for Defendant
                                                   Dated:_____

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
(Cause No. 3:11-CV-05348) – Page 1

75 016 he270904

**SCHEER & ZEHNDER LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200 F: (206) 223-4065

## II. ORDER

This matter coming before the Court on the parties' above Stipulation and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that defendant The Home Depot USA, Inc., is **DISMISSED** from this case **WITH PREJUDICE** and without costs to either party;

DATED this 9th day of June, 2011.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

Presented by:

SCHEER & ZEHNDER LLP

By: _____
Dennis G. Woods, WSBA No. 28713
Gregory P. Thatcher, WSBA No. 40902
Attorneys for Defendant

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
(Cause No. 3:11-CV-05348) – Page 2

75 016 he270904

**SCHEER & ZEHNDER LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065